# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:17-cr-76 |
| | ) | | REEVES/SHIRLEY |
| LOGAN M. CRESS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Logan Cress's motion to continue his trial. Trial is currently set for October 3, 2017. Defense counsel requests additional time to continue investigations into the allegations against Mr. Cress, and to diligently review audio and video discovery. The government has made no objections. The Court finds Cress's motion well taken, and it is **GRANTED**. A new trial date will be set upon conferral with the parties.

Were Cress's motion denied, it would deny his counsel the reasonable time necessary to effectively prepare, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Because of this, the ends of justice served by continuing trial outweigh Cress's and the public's interests in a speedy trial. *Id.* § 3161(h)(7)(A). The period of time between Cress's motion and the new trial is thus fully excludable under the Speedy Trial Act. *Id.*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

1