UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:17-CR-00076 |
| | ) | | REEVES/SHIRLEY |
| LOGAN M. CRESS, BRYAN K. SCOTT, | ) | | |
| and STEVEN R. DALTON, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MEMORANDUM AND ORDER

Before the Court is defendant, Bryan K. Scott's, motion to reset the jury trial (R.34), which is currently scheduled for October 3, 2017. This defendant says that additional time is necessary in order to give counsel time to review discovery and investigate allegations contained in the indictment. Defense counsel indicates there is ongoing negotiations with the government in an effort to resolve this matter without a trial. Counsel for the government does not object to the continuance. The parties and the Court conferred and agreed upon a new date for the trial. Accordingly, the motion is **GRANTED**. Trial is rescheduled to **December 5, 2017.** All deadlines in the scheduling order will be adjusted as follows: Plea deadline will be November 7, 2017; All Motions in Limine will be filed by November 20, 2017 and all Jury Instructions will be filed by November 27, 2017. The hearing before Judge Shirley on September 26, 2017 is hereby canceled.

Were Scott's motion denied, it would deny his counsel the reasonable time necessary to effectively prepare, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Because of this, the ends of justice served by continuing trial outweigh Scott's

1

and the public's interests in a speedy trial. *Id.* § 3161(h)(7)(A). The period of time between Scott's motion and the new trial is thus fully excludable under the Speedy Trial Act. *Id.*

**IT IS SO ORDERED.**

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**